JASON M. PECK, ESQ.
Nevada Bar No. 8569
LAW OFFICES OF FOULGER & PECK
Mailing Address: P.O. Box 7218
London, KY 40742
Physical Address: 7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email: LVcalendaring@LibertyMutual.com
Attorneys for Defendant
WILLIAM LEE

## UNITE STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA LAFRENIERE-WAYMAN,<br><br>   Plaintiff<br><br>v.<br><br>WILLIAM LEE,<br><br>   Defendant | Case No. 2:25-cv-00905-CDS-NJK<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through counsel undersigned, that all Plaintiff's claims against all Defendant be dismissed with prejudice and that the Order be entered accordingly. Each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated this 7th day of July, 2025. | Dated this 7th day of July, 2025. |
| LAW OFFICES OF FOULGER & PECK | DIMOPOULOS INJURY LAW |
| */s/ Raymond E. McKay* <br> By_____ <br> RAYMOND E. MCKAY, ESQ. <br> Nevada Bar No. 8569 <br> P.O. Box 7218 <br> London, KY 40742 <br> Attorney for Defendant <br> WILLIAM LEE | */s/ Jennifer A. Peterson* <br> By_____ <br> JENNIFER A. PETERSON, ESQ. <br> Nevada Bar No 11242 <br> 6830 S. Rainbow Blvd., Suite 200 <br> Las Vagas, NV 89118 <br> Attorney for Plaintiff <br> Alicia Lafreniere-Wayman |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 8, 2025

_____
United States District Judge

Submitted by:

LAW OFFICES OF FOULGER & PECK

*/s/ Raymond E. McKay*
By_____
RAYMOND E. MCKAY, ESQ.
Nevada Bar No. 8569
P.O. Box 7218
London, KY 40742
Attorney for Defendant
WILLIAM LEE

Stipulation & Order of Dismissal with Prejudice

Lafreniere-Wayman v. Lee A-24-908095-C